UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ALVARADO,<br><br>               Petitioner,<br><br>   v.<br><br>G. NEOTTI, Warden,<br><br>              Respondent. | No. CV 11-5658-ODW (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 5, 2012

                                               OTIS D. WRIGHT<br>
                                     United States District Judge